STATE OF MAINE                                SUPERIOR COURT
AROOSTOOK, ss.                                CIVIL DOCKET NO. CV-25- 015

CARIBOU COURT
MAR 31 '25 AM 10:8

**RICHARD J. ROBBINS**            )
                                  )
   Plaintiff,                    )
                                  )
v.                                )
                                  )          **COMPLAINT**
**TRACTOR SUPPLY COMPANY**        )
**NORTHEAST, LLC**                )
                                  )
   Defendant.                    )

NOW COMES the Plaintiff, Richard J. Robbins, by and through his undersigned counsel, and complains against the Defendant Tractor Supply Company Northeast, LLC, as follows:

## PARTIES

1) At all times relevant to this cause of action, Plaintiff, Richard J. Robbins, hereinafter referred to as "Richard," was resident of Westfield, County of Aroostook, State of Maine.

2) Tractor Supply Company Northeast, LLC (hereinafter referred to as "Defendant") is a Delaware corporation licensed to do business in Maine, including store # 1419 in Presque Isle, Maine.

## JURISDICTION & VENUE

3) This Court has jurisdiction over this action pursuant to 14 M.R.S. § 704-A and the common law of the state of Maine.

4) Venue is proper in Aroostook County pursuant to 14 M.R.S. § 501 et seq.

1

## FACTUAL BACKGROUND

5) Richard repeats and re-alleges the allegations contained in the preceding paragraphs as if fully set forth herein.

6) At all times mentioned herein, particularly on or about March 22, 2023, the Defendant owned, operated, controlled, and maintained the Tractor Supply Store #1419 located at 23 Houlton Rd, Presque Isle, Maine 04769.

7) On or about March 22, 2023, Richard was lawfully on the premises of the Tractor Supply Store #1419 located in Presque Isle, Maine.

8) On or about March 22, 2023 Defendant negligently allowed the presence of dangerous ice and snow to go untreated in the parking lot directly in front of the store, which did cause Richard to slip, fall and cause him sever injury.

## COUNT I-NEGLIGENCE

9) Richard repeats and re-alleges the allegations contained in the preceding paragraphs as if fully set forth herein.

10) The Defendant owed a duty to Richard to maintain the premises, including the store's sidewalks, parking lots, entrances, and exits, in a reasonably safe condition for persons lawfully on its premises.

11) The Defendant breached its duty of care, when it failed to reasonably inspect its parking lot for ice and snow prior to the arrival of customers, and further by failing to adequately treat and/or remove ice, and snow from those places that its customers would be expected to walk over.

12) As a direct and proximate result of the Defendants' negligence, Richard was caused to fall and suffered:

    a. physical injuries requiring medical treatment;

    b. physical pain and emotional suffering;

    c. mental anguish and loss of enjoyment of life;

    d. medical expenses;

    e. future medical expenses;

    f. lost wages; and

    g. other economic and non-economic damages.

WHEREFORE, Richard demands judgment against the Defendant for such damages as are reasonable along with pre-judgment and post-judgment interest, her costs, and for such other and further relief as the Court deems just and proper.

Dated: March 27, 2025                                       Respectfully Submitted,

*/S/ Christopher R. Causey*
Christopher R. Causey, Esq. (Bar No. 9566)
*Attorney for Plaintiff Richard Robbins*

**BOURQUE CLEGG**
**CAUSEY & MORIN LLC**
949 Main St.
PO Box 1068
Sanford, ME 04073
Tel. (207) 324-4422
Fax. (207) 324-9556
ccausey@bourqueclegg.com

CONTAINS NONPUBLIC DIGITAL INFORMATION

CARIBOU COURTS
APR 9 '25 AM10:36

MAINE JUDICIAL BRANCH

| Richard J. Robbins | Plaintiff | "X" the court for filing: |
| | | [X] Superior Court  [ ] District Court |
| V. | | County: Aroostook |
| Tractor Supply Company Northeast, LLC | Defendant | Location (Town): Caribou |
| c/o Corporation Service Company | Address | Docket No.: CV-2025-00015 |
| 45 Memorial Circle | | |
| Augusta, ME 04330 | | |

## SUMMONS
M. R. Civ. P. 4(d)

The Plaintiff has begun a lawsuit against you in the [ ] District [X] Superior Court, which holds sessions at (street address) __144 Sweden Street__, in the Town/City of __Caribou__, County of __Aroostook__, Maine. If you wish to oppose this lawsuit, you or your attorney MUST PREPARE AND SERVE A WRITTEN ANSWER to the attached Complaint WITHIN 20 DAYS from the day this Summons was served upon you. You or your attorney must serve your Answer by delivering a copy of it in person, by mail, or by email to the Plaintiff's attorney, whose name and address, including email address appear below, or by delivering a copy of it in person or by mail to the Plaintiff, if the Plaintiff's name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to: Clerk of [ ] District [X] Superior Court,

__144 Sweden Street__, __Caribou__, Maine __04736__
(Mailing Address)           (Town, City)              (Zip)

before, or within a reasonable time after, it is served. Court rules governing the preparation and service of Answers are found at www.courts.maine.gov.

**IMPORTANT WARNING**: If you fail to serve an answer within the time stated above, or if, after you answer, you fail to appear at any time the Court notifies you to do so, a judgment by default may be entered against you in your absence for the money damages or other relief demanded in the Complaint. If this occurs, your employer may be ordered to pay part of your wages to the Plaintiff or your personal property, including bank accounts and your real estate may be taken to satisfy the judgment. **If you intend to oppose this lawsuit, do not fail to answer within the requested time.**

If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

Date (mm/dd/yyyy): 03/26/2025

| Christopher R. Causey, Esq. | ([X] Attorney for) Plaintiff | (Seal of Court) |
| 9566 | Bar # (if applicable) | |
| P.O. Box 1068 | Address | |
| Sanford, ME 04073 | | ▶ _____ |
| 207-324-4422/ccausey@bourqueclegg.com | Telephone/Email | Clerk |

ADA Notice: The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
Language Services: For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

MAINE JUDICIAL BRANCH

STATE OF MAINE

_____ County

On (date) __APR 0 1 2025__, I served the Complaint (and Summons, and Notice Regarding Electronic Service) upon Defendant __Tractor Supply Company Northeast, LLC__ by delivering a copy of the same at the following address:
__45 Memorial Circle Augusta ME__

☐ to the above-named Defendant in hand.

☐ to (name) _____, a person of suitable age and discretion who was then residing at Defendant's usual residence.

☒ to (name) __Corporation Service Co, Agent__, who is authorized to receive service for Defendant.

☐ by (describe other manner of service): _____

Date (mm/dd/yyyy): __APR 0 1 2025__

▶ _[signature]_
Deputy Sheriff Signature

**Harry McKenney**
Chief Civil Deputy
Kennebec County
Sheriff's Office

Printed Name

Agency

**Costs of Service:**

Service:   $ _____
Travel:    $ _____
Postage:   $ _____
Other:     $ _____

Total      $ _____

---

ADA Notice: The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
Language Services: For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.